# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138855 & (22)(23)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                          SC: 138855
                                          COA: 289085

JEREMIAH BOX,
     Defendant-Appellant.
                                          Oakland CC: 2007-214219-FH

_____/

     On order of the Court, the motion to add issue is GRANTED. The application for leave to appeal the April 2, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

d1019

_____
Clerk